**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

JUL 1 8 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01821-BNB
**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

ERNEST T. STANTON,

     Plaintiff,

v.

BILL SCHUETTE, The Attorney General of the State of Michigan,

     Defendant.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

       Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915 and a Complaint.   As part of the court's review pursuant to

D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are

deficient as described in this order.  Plaintiff will be directed to cure the following if he

wishes to pursue his claims.  Any papers which the Plaintiff files in response to this

order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
| | | |
|---|---|---|
| (1) | __ | is not submitted |
| (2) | __ | is not on proper form (must use the court's current form) |
| (3) | __ | is missing original signature by Plaintiff |
| (4) | __ | is missing affidavit |
| (5) | __ | affidavit is incomplete |
| (6) | X | affidavit is not notarized or is not properly notarized |
| (7) | __ | names in caption do not match names in caption of complaint, petition or application |
| (8) | __ | An original and a copy have not been received by the court. |

Only an original has been received.

(9)    X    other: <u>Motion is necessary only if $350.00 filing fee is not paid in advance.</u>

**Complaint or Petition**:

(10)    __    is not submitted
(11)    __    is not on proper form (must use the court's current form)
(12)    __    is missing an original signature by the Plaintiff
(13)    __    is incomplete
(14)    __    uses et al. instead of listing all parties in caption
(15)    __    An original and a copy have not been received by the court.  Only an
              original has been received.
(16)    __    Sufficient copies to serve each defendant/respondent have not been
              received by the court.
(17)    __    names in caption do not match names in text
(18)    __    other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiency designated above **within thirty
(30) days from the date of this order**.  Any papers which the Plaintiff files in response
to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together
with a copy of this order, two copies of the following form: Motion and Affidavit for
Leave to Proceed Pursuant to 28 U.S.C. § 1915, one of which is to be used in curing
the designated deficiency.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated
deficiencies **within thirty (30) days from the date of this order**, the complaint and the
action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED July 18, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 11-cv-01821-BNB

Ernest T Stanton
172 N College Ave #4F
Fort Collins, CO 80524

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 form** to the above-named individuals on July 18, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
                   Deputy Clerk